UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ZEE COMPANY, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Case No. 20-143 |
| | ) |
| RICHARD DAVIS, | ) |
| | ) |
|        Defendant. | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO RULE 55(b)(2)**

COMES NOW the Plaintiff, Zee Company, by and through its undersigned counsel, and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for a judgment by default against the defendant. In support of this request, the Plaintiff states as follows:

1. A Verified Complaint was served upon the defendant on June 5, 2020 (Doc. 8).

2. No response has been served within the time allowed by law nor has the defendant sought additional time within which to respond, and Default has entered against the defendant, Richard Davis (Doc. 9).

3. The Clerk of this Court filed an Entry of Default herein as provided by F. R.C.P. 55(a) on August 10, 2020 (Doc.13).

4. The Plaintiff prays for the following relief:

a. A declaration that the Confidentiality, Non-Competition and Non Solicitation Agreement (the "Agreement") between the parties is valid (See Confidentiality, Non-Competition and Non Solicitation Agreement attached to the Affidavit of Jonathon Bullard as Exhibit A);

b. A permanent injunction restraining the defendant from:

(1) using, disclosing or divulging any trade secrets, technical information, business information, as defined in the Agreement, confidential information, or any other proprietary data of Zee Company or its parent company, The Vincit Company, L.L.C. for Davis' personal benefit or for the benefit of any third party; and

(2) making any intentionally false, misleading or defamatory or slanderous comments, statements or other communications about Zee Company, its parent company, The Vincit Company, L.L.C. or any of its current or former agents, employees, officers, directors, board members and owners;

c. An 18 month temporary injunction from the date of entry of the Judgment in this matter restraining the Defendant from soliciting the plaintiff's customers and employees as more particularly set forth in Paragraph 5 of the Agreement between the parties.

d. Attorney's fees and court costs;

e. That the amount of attorney's fees and court costs be reduced to judgment and entered against the defendant;

  f. Monetary judgment, inclusive of attorneys fees and court costs, in the sum of $13,915.99 as set forth in the Affidavit of Jonathon Bullard attached hereto.

Wherefore, the Plaintiff prays for judgment as set forth herein against the Defendant and for any and all further costs of court to be taxed against the defendant, and for such further relief as the court deems just and proper.

Respectfully submitted,

         YATES & WHELAND

         <u>/s/ Allen Yates</u>
         Allen Yates, Esq. - BPR#28523
         412 Georgia Avenue, Suite 102
         Chattanooga, TN 37403
         404.995.1999 (direct) - 404.800.3030 (main office)
         ay@YWLawyers.com
         *Counsel for the Plaintiffs*

3

Case 1:20-cv-00143-CLC-CHS Document 15 Filed 10/13/20 Page 3 of 4 PageID #: 58

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 13th day of October, 2020, I served a copy of the foregoing Motion for Default Judgment, Affidavit and proposed order by first-class mail, postage prepaid on the Defendant, Richard Davis, at his last known address of 129 Mackwood Road, Mooresville, North Carolina 28115.

/s/ Allen Yates
Allen Yates, Esq.
*Counsel for the Plaintiffs*