UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ZEE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD DAVIS,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   **Case No. 20-143**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT
PURSUANT TO RULE 55(b)(2)**

COMES NOW the Plaintiff, Zee Company, by and through its undersigned counsel, and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for a judgment by default against the defendant. In support of this request, the Plaintiff states as follows:

1. A Verified Complaint was served upon the defendant on June 5, 2020 (Doc. 8).

2. No response has been served within the time allowed by law nor has the defendant sought additional time within which to respond, and Default has entered against the defendant, Richard Davis (Doc. 9).

3. The Clerk of this Court filed an Entry of Default herein as provided by F. R.C.P. 55(a) on August 10, 2020 (Doc.13).

4. Plaintiff filed its original Motion for Default on October 13, 2020 pursuant to F.R.C.P. 55(b)(2) (Doc. 15) and, on November 5, 2020, the Court referred Plaintiff's Motion to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and F.R.C.P. 72 (Doc. 16).

1

5. On January 5, 2021 the Magistrate Judge issued an order requiring Plaintiff to file Proposed Findings of Fact *and a Default Affidavit* that the Defendant was not in military service, an infant, nor an incompent person. (Doc. 17). In reviewing the Order, Plaintiff realized some of the information and documents that would be required might disclose confidential business information and, as a result, on February 12, 2021, filed a Motion for Leave to file the documents under seal (Doc. 18).

6. The Motion for Leave to file documents under seal was granted in part and denied in part, by Order dated February 17, 2021 (Doc. 20) informing Plaintiff that the Proposed Findings *and Affidavit* required appropriate redactions.

7. Over the course of several months, and the Court's indulgence in granting several motions for late filings, Plaintiff filed the Proposed Findings of Fact and redacted documents (Doc. 22-28) but omitted filing its Affidavit. Finally, on August 19, 2021, the Magistrate Judge issued an order giving Plaintiff a second extension to file the Affidavit on or before August 25, 2021 (Doc. 29) warning of the consequences of failure to timely file it.

8. When the Affidavit was not timely filed, on August 27, 2021, the Magistrate Judge issued his Report and Recommendations, recommending dismissal of the matter with prejudice (Doc. 33). On September 10, 2021, Plaintiff filed the Affidavit (Doc. 33-3) and a Motion for Reconsideration (Doc. 33).

9. Plaintiff's Motion for Reconsideration was denied without prejudice, and this Court granted Plaintiff leave to re-file its Motion for Default Judgment (Doc. 37). This Second Motion for Default is timely filed in compliance with that order.

10. The total damages prayed herein, as further described in the Re-Filed Findings of Fact and Conclusions of Law, are as follows:

| Damage Type | |
|---|---:|
| Damages Set Forth in the Affidavit of Jonathan Bullard | $751,242.00 |
| Interest on Damages at 7.5% | $56,343.15 |
| Employee Replacement Training Costs | $50,000.00 |
| Lost Opportunity Costs | $150,000.00 |
| Actual Damages for Conversion | $5,528.99 |
| Interest on Actual Damages for Conversion at 7.5% | $414.67 |
| Attorney's Fees Pursuant to Contract | $11,457.75 |
| | |
| **Total Damages Prayed** | **$1,024,986.56** |

11. No additional facts or evidence is contemplated by this Second Motion for Default Judgment.

12. Plaintiff attaches hereto as Exhibit C its Attorney's Affidavit Pursuant to the Servicemember's Relief Act certifying that the Defendant is not an infant, incompetent or a servicemember.

WHEREFORE, the Plaintiff prays:

a. That the Court award the Plaintiff its attorney's fees and court costs in pursuing this matter;

b. That monetary judgment be granted to the Plaintiff, inclusive of attorneys fees and court costs, in the sum of $1,024,986.56 as set forth in Ex. A to the Proposed Findings of Fact and Conclusions of Law filed contemporaneously herewith (Affidavit of Jonathon Bullard);

c. And for such further relief as the court deems just and proper.

Respectfully submitted this 11th day of October, 2021.

                                                              YATES & WHELAND
                                                              /s/ Allen Yates
                                                              Allen Yates, Esq. - BPR#28523
                                                              412 Georgia Avenue, Suite 102
                                                              Chattanooga, TN 37403
                                                              404.995.1999 (direct) - 404.800.3030 (main office)
                                                              ay@YWLawyers.com
                                                              *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of October, 2021, I served a copy of the foregoing Second Motion for Default Judgment, Affidavit and proposed order by first-class mail, postage prepaid on the Defendant, Richard Davis, at his last known address of 129 Mackwood Road, Mooresville, North Carolina 28115.

/s/ Allen Yates
Allen Yates, Esq.
*Counsel for the Plaintiffs*