UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ZEE COMPANY, INC. | ) |
| | ) |
| | ) No. 1:20-CV-143 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| RICHARD DAVIS | ) |
| | ) |

## JUDGMENT ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") (Doc. 40) on Plaintiff's second motion for default judgment (Doc. 38) on October 28, 2021. The R&R recommends that Plaintiff's motion for default judgment as to Defendant, Richard Davis, be granted in part and denied in part. (*See* Doc. 40.) Neither party has objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 40). The motion for declaratory judgment (Doc. 38) is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) This Court **DECLARES** that the Agreement is valid and enforceable;

(2) Defendant is **ENJOINED** from violating the Agreement in Maryland and West Virginia until November 28, 2021;

(3) Plaintiff is **AWARDED** damages for conversion of property in the amount of **$5,943.66**;

(4) Plaintiff is not entitled to damages for lost profits, lost opportunities, or "employee replacement training costs"; and

(5) This Court **DENIES WITHOUT PREJUDICE** Plaintiff's request for attorney fees and expenses. Plaintiff may refile its request pursuant to Federal Rule of Civil Procedure 54(d)(2) within fourteen days from the entry of this Judgment Order.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT